EDGAR M. MARSHALL, Appellant, v. MARY GRACE MARSHALL, Respondent.— Order reversed on the law, and motion denied, without costs, on the ground that defendant, being the owner of substantial property, the court was without power to grant the order, under the authority of *Lake* v. *Lake* (194 N. Y. 179); *Collins* v. *Collins* (80 id. 1); *Fleischer* v. *Fleischer* (174 App. Div. 918); *Brand* v. *Brand* (178 id. 822). All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MATHILDA MULLER, Respondent, v. HENRY R. APEL, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH MOSTISKY, Respondent, v. REICHARD COULSTON CO., INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

FRANK A. MUELLER and Another, Respondents, v. ADOLPH RECHEIZER and Another, Appellants.— Judgment unanimously affirmed, with costs.

H. R. MOCH COMPANY, INC., Respondent, v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Appellant.— Judgment reversed and new trial granted, with costs to the appellant to abide the event on the ground that the findings of the jury as to the negligence and contributory negligence are against the weight of evidence. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ALEXANDER MACHOL, Respondent, v. R. W. TAYLOR and Others, Appellants.— Awards reversed and claim dismissed as to the Dale Engineering Company and the insurance carrier, with costs against the State Industrial Board, on the ground that claimant was in the employ of the appellant Taylor who was an independent contractor, and awards reversed and claim remitted as to the appellant Taylor on the ground that no written notice of the accident was given to him and no finding having been made that he had knowledge of the accident the failure to give notice has been improperly excused. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. Mrs. JOHN H. MARCH, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. NELLIE MARCH, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Award reversed and matter remitted to the State Industrial Board, without costs. All concur.